| | |
|---|---|
| ALLACCESS LAW GROUP<br>Irene Karbelashvili, SBN 232223<br>irene@allaccesslawgroup.com<br>Irakli Karbelashvili, SBN 302971<br>irakli@allaccesslawgroup.com<br>1400 Coleman Ave Ste F28<br>Santa Clara, CA 95050<br>Telephone:   (408) 295-0137<br>Facsimile:    (408) 295-0142<br><br>*Attorneys for Plaintiff* | Montgomery Pisano, SBN 205230<br>Peninsula Law Group, APLC<br>7545 Irvine Center Dr, Ste 200<br>Irvine, CA 92618<br>Telephone: 949-623-8688<br>Email: mpisano@PLG1.com<br><br>*Attorney for Defendants* |

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| ERIC ROJAS,<br><br>   Plaintiff,<br><br>v.<br><br>NEW CICEOR'S INC. et al.<br><br>   Defendants. | Case No. 22-cv-04705-EJD<br><u>Civil Rights</u><br><br>**STIPULATION AND [PROPOSED] ORDER DISMISSING ACTION WITH PREJUDICE** |

Plaintiff ERIC ROJAS ("Plaintiff") and Defendants NEW CICERO'S INC., dba CICERO'S PIZZA; CHRISTOPHER MARCHESE, Trustee of the Chris Marchese Family Trust U.D.T. dated December 22, 1972 as to 22.1126%; CHRIS J. MARCHESE, LISA MARCHESE, and ELISA MARCHESE VAUGHN, Trustees of the Christopher Marchese, Jr. Living Trust U.D.T. dated December 28, 1971 as to 11.5493%; DOMINIC OWEN, NICHOLAS OWEN, AND CHRIS OWEN, Trustees of the Helen Owen Living Trust U.D.T. dated December 28, 1971 as to 11.5493%; CHRIS MARCHESE and LISA MARCHESE, Trustees of the Chris Marchese & Lisa Marchese 1994 Trust dated January 12, 1994 as to 8.79%; MARCHESE FAMILY

FOUNDATION, a California Nonprofit Corporation as to 11. 7888%; HELEN OWEN, Trustee of the Edward Owen Shelter Trust dated June 28, 2019 UTA dated January 11, 1994 as to 8.792%; PAULINA MARCHESE and ELISE MARCHESE VAUGHN, Trustees of the Tyson Vaughn-Baker 2021 Irrevocable Trust dated August 20, 2021 as to 3.3025%; PAULINA MARCHESE and ELISE MARCHESE VAUGHN, Trustees of the Calvin Vaughn-Baker 2021 Irrevocable Trust dated August 20, 2021 as to 3.3025%; PAULINA MARCHESE and ELISE MARCHESE VAUGHN, Trustees of the Audrey T. Vaughn 2021 Irrevocable Trust dated August 20, 2021 as to 3.3025%; PAULINA MARCHESE and ELISE MARCHESE VAUGHN, Trustees of the Christine M. Vaughn 2021 Irrevocable Trust dated August 20, 2021 as to 3.3025%; RAY RUSSO, JR. and NICHOLAS E. OWEN, Trustees of the Helen Owen 2021 Irrevocable Trust dated August 18, 2021 as to 6.976%; BAILEY OWEN, Trustee of the Nicholas E. Owen 2021 Irrevocable Trust dated September 21, 2021 as to 1.744%; NICHOLAS E. OWEN, Trustee of the Kayla K. Owen 2021 Irrevocable Trust dated August 18, 2021 as to 1. 744%; and KAYLA K. OWEN, Trustee of the Bailey Owen 2021 Irrevocable Trust Dated August 18, 2021 as to 1.744% (collectively, "Defendants") stipulate through their undersigned counsel and request that the Court dismiss this action in this entirety with prejudice pursuant to Fed. R. Civ. P. 41(a)(2) with each side bearing their own attorney fees, costs, and litigation expenses. The parties further request that the Court continue to exercise jurisdiction over the Consent Decree and Order in accordance with its terms.

                                                                   Respectfully submitted,

Dated: February 21, 2023

                                                       /s/
                                      By: Irakli Karbelashvili,
                                      Attorneys for Plaintiff

Dated:   Feb. 21, 2023

                                       /s/ Montgomery S. Pisano
                                      By: Montgomery Pisano,
                                      Attorneys for Defendants

**Filer's Attestation**

I, Irakli Karbelashvili, attest that I received concurrence from the signatories in the filing of this document.

/s/ _____
Irakli Karbelashvili

**ORDER**

Having reviewed the parties' stipulation, and good cause appearing, this action is dismissed in its entirety with prejudice with each side bearing their own attorney fees, costs, and litigation expenses. The Court retains jurisdiction over the Consent Decree in accordance with its terms.

Dated: _____                    _____
                                    United States District Judge